# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JOANNE ANGEL**, | ) Case No. 2:10-CV-01359-RSL |
| Plaintiff, | ) **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL RULE 26 DISCLOSURE STATEMENT** |
| vs. | ) |
| **WELTMAN, WEINBERG & REIS CO., LPA** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that, Plaintiff Joanne Angel has filed with the Clerk of the United States District Court, Western District of Washington, Notice of Service of Plaintiff's Rule 26 Disclosure Statement, a copy of which is herewith served upon you.

Respectfully submitted this 7th day of October, 2010.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Initial Rule 26 Disclosure

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Notice Filed electronically on this 7th day of October, 2010, with:

United States District Court CM/ECF system

Original copy mailed on this 7th day of October, 2010, to:

Stephen A. Bernheim
Attorney at Law
512 Bell Street
Edmonds WA 98020

s/Tremain Davis
Tremain Davis

Initial Rule 26 Disclosure

Jon N. Robbins
  WEISBERG & MEYERS, LLC
  3877 N. Deer Lake Rd.
  Loon Lake ,WA 99148
  509-232-1882
  866-565-1327 facsimile
  jrobbins@AttorneysForConsumers.com