**The Honorable Robert S. Lasnik**

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **JOANNE ANGEL,** )<br>　　　　　　　　　　　　　　) <br>　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　　 ) <br>　　　　　　　　　　　　　　) <br>**WELTMAN, WEINBERG & REIS** ) <br>**CO., LPA** ) <br>　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>　　　　　Defendant. ) <br>_____) | **No.**　2:10-CV-01359-RSL <br><br>**Fed.R.Civ.P.  26(f) Report** <br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to this court's minute order dated October 21, 2010, Plaintiff and Defendant submit this Joint Status Report and Discovery Plan for the Court's consideration:

1. **Statement of the Nature and Complexity of Case:** This is a case concerning whether the Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"). Defendant denies these claims, and asserts defenses. The parties agree the case is not complex.

Joint Status Report

Jon N. Robbins
　WEISBERG & MEYERS, LLC
　3877 N. Deer Lake Rd.
　Loon Lake ,WA 99148
　509-232-1882
　866-565-1327 facsimile
　jrobbins@AttorneysForConsumers.com

2. **Proposed ADR Method:** The parties believe that a judicial settlement conference is the best ADR methods for this case.

3. **Deadline for ADR Time:** The parties agree that the ADR proceeding should be held within 4 months after this Report is filed.

4. **Proposed Deadline for Amending the Pleadings and Joining Additional Parties:** Parties agree the deadline for amending the pleadings and joining additional parties should be February 1, 2011.

5. **Proposed Discovery Plan:**

   a. **The FRCP26(f) Conference and FRCP 26(a) initial disclosures**: The parties conferred via telephone on October 25, 2010. Plaintiff exchanged her Initial Disclosure on October 7, 2010. Defendant shall exchange its Initial Disclosure on or before December 17, 2010.

   b. **Subject of Discovery; Process**: Discovery will be necessary as to the allegations in plaintiff's complaint as well as the substantive defenses raised by Defendant. The parties anticipate depositions of the parties and depositions, as necessary, of third party witnesses.

   c. **Discovery Limitations**: The parties believe the standard rules of discovery should apply to this case.

   d. **Discovery Management:**

      i. <u>Written Discovery</u>. The parties intend to serve Requests for Admission, Interrogatories and Requests for Production.

Joint Status Report

Jon N. Robbins
  WEISBERG & MEYERS, LLC
  3877 N. Deer Lake Rd.
  Loon Lake ,WA 99148
  509-232-1882
  866-565-1327 facsimile
  jrobbins@AttorneysForConsumers.com

  ii. <u>Depositions</u>.  Plaintiff anticipates taking depositions of the Defendant's company representative(s) most knowledgeable about (1) Defendant's policies and procedures, (2) Plaintiff's account and (3) Defendant's pleadings pursuant to FRCP 30(b)(6). Plaintiff reserves the right to take additional depositions as discovery may reveal are necessary. Depositions of persons outside the local jurisdiction may be taken by telephone to reduce costs

 Defendant anticipates taking the depositions of Plaintiff and any third parties that may have knowledge regarding alleged liability or damages.

 e. **Other Orders:** The parties do not anticipate any additional orders at this time.

6. **Discovery Completion:** The parties believe that discovery for all aspects of the case can be completed by April 1, 2011.

7. **Magistrate:** The parties consent to a Magistrate Judge for the settlement conference but not for the trial.

8. **Bifurcation**: The parties do not believe bifurcation is necessary.

9. **Pretrial Order**: The parties are not willing to waive pretrial statements and a pretrial order.

10. **Other Simplification of the Case:** None.

11. **Trial Readiness:** The parties believe that they will be ready for trial by June 1, 2011.

12. **Jury/Non-Jury Trial:**  Plaintiff has requested a jury trial.

13. **Length of Trial:** The parties estimate a three day trial.

14. **Names, Addresses and Telephone Numbers of Counsel:** See below.

15. **Service Status:** Defendant has been served.

16. **Scheduling Conference:** The parties do not request a scheduling conference.

Joint Status Report

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Respectfully submitted this ____ day of December, 2010.

Dated: December 2, 2010                    Dated: December 2, 2010

COUNSEL FOR PLAINTIFF                      COUNSEL FOR DEFENDANT

**WEISBERG & MEYERS, LLC**                 **OFFICE OF STEPHEN A. BERHEIM**

By: <u>Jon N. Robbins</u>                  By: <u>Stephen A. Bernheim</u>

Jon N. Robbins                             Stephen A. Bernheim
WSBA#28991                                 WSBA
Weisberg & Meyers, LLC                     Attorney at Law
3877 N. Deer Lake Road                     512 Bell Street
Loon Lake, WA 99148                        Edmonds, WA 98020
(509) 232-1882                             (425) 744-3021
(866) 565-1327 Facsimile                   (425) 712-8314 Facsimile
jrobbins@AttorneyForConsumers.com          steve@stevebernheim.com

Filed electronically on this 2nd day of December, 2009, with:

United States District Court CM/ECF system

s/Kimberly Larson
Kimberly Larson

Joint Status Report                                           Jon N. Robbins
                                                              WEISBERG & MEYERS, LLC
                                                              3877 N. Deer Lake Rd.
                                                              Loon Lake ,WA 99148
                                                              509-232-1882
                                                              866-565-1327 facsimile
                                                              jrobbins@AttorneysForConsumers.com